**CRIMINAL MINUTE ORDER**

**BEFORE JUDGE: BROWN, USDJ** **DATE: 10/23/2026** 10 min

**DOCKET No. CR-25-20**

**FILED**
**CLERK**
10/23/2026 3:24 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT:** **Keith Williams**
Present on bond

**DEFENSE COUNSEL:** Christine Delince
**present in-person**

**DEFENDANT:** Morais Dicks
Present on bond

**DEFENSE COUNSEL:** Darnell Crosland (
**present in-person**

**DEFENDANT:** James Hames Jr.
Present on bond ~~by phone~~

**DEFENSE COUNSEL:** Robert LaRusso (CJA)
**present in-person**

**DEFENDANT:** Jamari Lewis
Present on bond – by phone

**DEFENSE COUNSEL:** Glenn Obedin (cja)
**present in-person**

**DEFENDANT: LOUEWANDA BENJAMIN**
**Present on bond**

**DEFENSE COUNSEL: John Kaley**
**present in-person**

**A.U.S.A.**: Toporovsky, Adam
INTERPRETER: [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL: _
COURT REPORTER/FTR LOG: Lisa Schmid DEPUTY: KM

- ☐ Allocution
- ☐ Arraignment
- ☐ Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ Revocation of Supervised Release evidentiary
- ☐ Telephone Conference
- ☐ Detention hearing
- ☐ Motion Hearing Non Evidentiary
- ☐ Video Conference
- ☒ Status Conference
- ☐ Revocation of Probation
- ☐ Initial Appearance
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Bond hearing
- ☐ Plea Agreement Hearing

☐ Other Evidentiary Hearing Contested TYPE OF HEARING________________________

**SHOULD THIS CALENDAR BE SEALED?** ☐ YES ☒ NO

**Do these minutes contain ruling(s) on motion(s)**? YES
Motion(s) Type and Document # of Motion Ruled On: 143

☒ Case called.
☒ Counsel for all sides present.
☐ Defendants are informed of his/her rights.
☐ Defendants first appearance and arraigned.

☐Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

☐ Defendants waives public reading.
☐ Defendants enter a plea of not guilty to the **Indictment**.
☒ Set Status Conference for 11/23/2026 at 11:00 a.m.. in-person for all defendants, except Keith Williams set for 11/24/2026 at 11:00 a.m.

☒Motion to exclude time through 10/23/2026. Motion granted on consent. The findings required by 18 USC 3161(h)(7)(A) were made on the record, as the Court finds that this exclusion of time serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial for the reasons described herein and set forth on the record.

EXCLUDABLE DELAY CODE TYPE: XT - Interest of Justice
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 10/23/2026
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:11/23/2026
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

☐ Motion schedule set:

☐ Hearing held.

| | | | |
|---|---|---|---|
| ☐ | Witness(es) sworn, testimony heard. | ☐ | Exhibits entered. |
| ☐ | Hearing Continued to: | ☐ | Hearing Concluded. |
| ☐ | Ruling on the record. | ☐ | Decision Reserved. |

☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.

☒ OTHER DISCUSSIONS AND RULINGS: Discovery has been provided. Parties are working towards dispositions. Defendant Dicks – will discuss motion briefing at next conference, DE 143 was granted on the record.

☒ Defendants continued: ☐ in custody ☒ on bond

SO ORDERED.
*/s/ Gary R. Brown*
Gary R. Brown, U.S.D.J.